IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GRACE E. BROWN,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, *et al.*,

Defendants.

Case No. 17-cv-402 JPG/SCW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 1, 2018**　　　　**JUSTINE FLANAGAN, Acting Clerk of Court**

　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**